# United States Bankruptcy Court
## Southern District of New York

In re    **25 My RentCo LLC**                                      Case No.    **25-12280**
Debtor(s)                                                          Chapter     **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **25 My RentCo LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Thurman Associates II LLC**
**1375 Broadway**
**New York, NY 10018**

☐ None [*Check if applicable*]

| | |
|---|---|
| **October 15, 2025** | **/s/ Scott S. Markowitz, Esq.** |
| Date | **Scott S. Markowitz, Esq. (SSM-0849)** |
| | Signature of Attorney or Litigant |
| | Counsel for   **25 My RentCo LLC** |
| | **Tarter Krinsky & Drogin LLP** |
| | **1350 Broadway** |
| | **11th Floor** |
| | **New York, NY 10018** |
| | **(212) 216-8000 Fax:(212) 216-8001** |
| | **smarkowitz@tarterkrinsky.com** |